IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARK CARROLL and CHARLOTTE CARROLL, ) ) ) Plaintiffs, ) vs. ) ) TEAM ONE LOGISTICS, ) ) Defendant. ) | No. 3:19-CV-2296-G-BH (Consolidated with 3:19-CV-1770-G) Referred to U.S. Magistrate Judge[1] |

### RECOMMENDATION REGARDING REQUEST TO PROCEED
### IN FORMA PAUPERIS ON APPEAL

Before the Court is plaintiff Mark Carroll's *Motion to Proceed In Forma Pauperis for Appeal*, filed October 16, 2019 (doc. 19).

(**X**)   The request for leave to proceed *in forma pauperis* on appeal should be **DENIED** because the Court should certify under Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith.

**If the Court denies the request to proceed *in forma pauperis* on appeal, the plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  See Fed. R. App. P. 24(a)(5).**

**SO ORDERED** on this 18th day of October, 2019.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1]  By *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.